EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | 2023 TSPR 109 |
| | 212 DPR ___ |
| Carmen Lugo Luciano | |

Número del Caso:  TS-13,089

Fecha:  7 de septiembre de 2023

Representante legal de la parte peticionaria:

Por derecho propio

Materia:  Reinstalción al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Ex-Parte*:

Carmen Lugo Luciano                    TS-13,089

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de septiembre de 2023.

Examinada la *Solicitud de reinstalación al ejercicio de la abogacía y notificación de cambio de dirección* que presentó la Sra. Carmen Lugo Luciano, se provee ha lugar. Se ordena su reinstalación al ejercicio de la abogacía.

Además, se le apercibe a la licenciada Lugo Luciano que es su deber mantener al día su información en el Registro Único de Abogados y Abogadas, por lo que debe hacer el cambio de dirección correspondiente, y que debe tramitar toda solicitud de exclusión del banco de abogados y abogadas de oficio a través del proceso dispuesto en el *Reglamento para la Asignación de Abogados y Abogadas de Oficio de Puerto Rico* y el *Reglamento del Tribunal Supremo de Puerto Rico*.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo